ACCEPTED
01-15-00188-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 8:22:17 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00188-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/28/2015 8:22:17 PM

CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

**MARK F. HANKS,**

*Appellant,*

v.

**THE HUNTINGTON NATIONAL BANK,**

*Appellee.*

On Appeal from the County Civil Court at Law No. 4 of Harris County, Texas
Trial Court Cause No. 1056196

**AGREED THIRD MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

LAW OFFICE OF ROBERT C. PASCHAL, JR.
Robert C. Paschal, Jr
State Bar No. 00786156
12850 Jones Rd., Suite 201
Houston, Texas 77070
Telephone: (713) 882-1863
Facsimile: (281) 970-1664

Attorney for Appellant Mark F. Hanks

1

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to Rules 10.1., 10.5(b), and 38.6 (d) of Texas Rules of Appellate Procedure, Appellant Mark F. Hanks ("Appellant" or "Mr. Hanks") submits this Agreed Third Motion for Extension of Time to File Appellant's Brief, and in support hereof would respectfully show as follows:

In late July 2015, this Court extended the deadline by which Mr. Hanks had to file his appellant's brief by thirty days, to **August 28, 2015.** As previously noted to this Court, Appellant's counsel was seriously injured on July 23, 2015 while out of state, and upon his return to Texas was required to undergo surgery to reconstruct/reattach his rotator cuff on his right shoulder. That surgery occurred on August 20, 2015, and was performed by Dr. William Hayes of Sterling Ridge Orthopaedics & Sports Medicine, located in The Woodlands, Texas ((281) 364-1122).

Although Appellant's counsel had hoped to be back at work the following week, the surgery required the installation of a block anesthesia of his right shoulder and arm for three days post surgery, and the medications and pain associated with the surgery prompted the doctor to order that Appellant's counsel could not drive any vehicles until off his medications. As rotator cuff surgery of the type Appellant's counsel underwent is a procedure that unfortunately involves a very painful recovery, said counsel has not returned to work since the surgery, and thus has not completed Appellant's brief. For this reason, Appellant and his counsel are seeking an additional extension of the deadline by which to file Appellant's brief.

On August 28, 2015, Appellant's counsel conferred with Joseph Vacek, lead counsel for Appellee, who stated that due to the circumstances he has no objection to and is in agreement with the relief being requested by this Motion being granted.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Agreed Third Motion to Extend Time to File Appellant'S Brief and extend the Deadline for Filing the Appellant'S Brief up to and including **September 10, 2015.** Appellant further requests all other relief to which he may be entitled.

Respectfully submitted,

LAW OFFICE OF ROBERT C. PASCHAL, JR.

By: _____
Robert C. Paschal, Jr
State Bar No. 00786156
12850 Jones Rd., Suite 201
Houston, Texas 77070
Telephone: (713) 822-1863
Facsimile: (281) 970-1664

Attorney for Appellant Mark F. Hanks

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 28, 2015, I conferred with Joseph M. Vacek, counsel for Appellee, regarding this motion and the relief requested in said motion, and Mr. Vacek stated that he had no objection to the relief requested by this motion and that it could be filed as an agreed motion.

_____
Robert C. Paschal, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2015, a true and correct copy of the foregoing document was served by facsimile transmission to the following counsel of record:

Joseph M. Vacek                                    **Via Facsimile No. (972) 341-0675**
Barrett Daffin Frappier Turner & Engel, LLP
15000 Surveyor Boulevard, Suite 100
Addison, Texas 75001

_____
Robert C. Paschal, Jr.

4